UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH F. FERGUSON REVOCABLE LIVING TRUST, et al.,<br><br>  Defendants. | No. 2:17-cv-2693 TLN DB PS<br><br><br>ORDER |

Plaintiff, Pater Harrell, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 16, 2019, defendants filed a request for 30-day extension of time "for the parties to meet and confer and file the joint status report" due to plaintiff's lack of a telephone. (ECF No. 16 at 2.) Good cause appearing, defendants' request will be granted.

Accordingly, IT IS HEREBY ORDERED that defendants' January 16, 2019 request for an extension of time (ECF No. 16) is granted.

Dated: January 28, 2019

DLB:6
DB/orders/orders.pro se/harrell2693.defs.eot.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1