UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. 2:17-cv-2693 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| ELIZABETH F. FERGUSON REVOCABLE LIVING TRUST, et al., | |
| Defendants. | |

Plaintiff, Pater Harrell, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 3, 2018, defendants filed an answer and counterclaim. (ECF No. 9.) On January 15, 2019, plaintiff filed a motion to dismiss defendants' counterclaim and a motion to strike the affirmative allegations found in defendants' answer. (ECF Nos. 17 & 18.) Those motions are noticed for hearing before the undersigned on February 22, 2019.

However, on February 4, 2019, defendants filed an amended answer and counterclaim. (ECF No. 24.) The amended answer and counterclaim superseded the original answer and counterclaim. Plaintiffs' motion, therefore, will be denied without prejudice as having been rendered moot.

////

1

Moreover, plaintiffs' motions stated "Oral Argument Waived" and "Waiver of Oral Argument." (ECF No. 17 at 1; ECF No. 18 at 1.) Plaintiff is advised that, while the court may elect to submit motions without oral argument, the undersigned does not permit parties to elect to waive oral argument. If plaintiff re-notices these motions—or notices any future motion—for hearing, plaintiff must appear at the hearing of that motion. The failure to appear at a hearing of a noticed motion will be deemed a withdrawal of the motion or a withdrawal of any opposition to the granting of the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 15, 2019 motion to dismiss (ECF No. 17) and motion to strike (ECF No. 18) are denied without prejudice as having been rendered moot; and

2. The February 22, 2019 hearing of plaintiff's motions is vacated.

Dated: February 15, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/harrell2693.moot.ord