UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH F. FERGUSON<br>REVOCABLE LIVING TRUST, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2693 TLN DB PS<br><br><br>ORDER |

　　　　Plaintiff, Pater Harrell, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On February 19, 2019, the parties filed a stipulation to allow plaintiff until March 14, 2019, to file a responsive pleading to defendants' amended answer and amended counter claim. (ECF No. 29.) Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that plaintiff shall file a responsive pleading to defendants' amended answer and amended counter claim on or before March 14, 2019.

Dated: February 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ harrell2693.stip.eot.ord

1