1   CARL P. BLAINE (State Bar # 65229)
    Email: cblaine@wkblaw.com
2   JACOB L. OUZTS (State Bar # 268080)
    Email: jouzts@wkblaw.com
3   **WAGNER KIRKMAN BLAINE**
    **KLOMPARENS & YOUMANS LLP**
4   10640 Mather Blvd., Suite 200
    Mather, California 95655
5   Telephone:    (916) 920-5286
    Facsimile:    (916) 920-8608
6

7   Attorneys for Defendants

8   PETER T. HARRELL
    P.O. Box 131
9   Ashland, OR 97520

10  Plaintiff in Pro Per

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15      PETER T. HARRELL,                    No. 2:17-cv-2693 TLN DB

16              Plaintiff,                   **STIPULATION AND ORDER TO**
                                             **EXTEND TIME FOR DEFENDANTS TO**
                v.                           **FILE AN AMENDED ANSWER AND**
17                                           **AMENDED COUNTER-CLAIM**

18      ELIZABETH E. FERGUSON REVOCABLE
        LIVING TRUST; ELIZABETH E.
19      FERGUSON, Individually and as Trustee of
        the ELIZABETH E. FERGUSON
20      REVOCABLE LIVING TRUST; DARLENE
        G. LITTLE; JOHN DOES 1-20; and, all
21      persons unknown claiming any legal or
        equitable right, title, estate, lien or interest in
22      the property described in the complaint
        adverse to plaintiff's prescriptive easement, or
23      any cloud on plaintiff's prescriptive easement
        thereto,
24
                Defendants.
25

26      /////

27      /////

28      /////

                                        1

1         Plaintiff PETER HARRELL ("Plaintiff") and Defendants DAVID S. LITTLE and

2 DENA M. KELLER, trustees of Defendant ELIZABETH E. FERGUSON REVOCABLE

3 LIVING TRUST and DARLENE G. LITTLE, INDIVIDUALLY AND ON BEHALF OF

4 ELIZABETH E. FERGUSON, whom is deceased (collectively "Defendants") hereby

5 stipulate that Defendants have up to and including January 15, 2020, in which to serve and

6 submit to the Court an Amended Answer and Amended Counter-Claim in response to

7 Plaintiff's Complaint.

8

9 DATED:                               _____

10                                        PETER T. HARRELL
                                       Plaintiff in Pro Per

11

12 DATED:      December 18, 2019        WAGNER KIRKMAN BLAINE
                                       KLOMPARENS & YOUMANS LLP

13

14

15                                      By:    /s/ Carl P. Blaine

16                                          CARL P. BLAINE
                                       Attorneys for Defendants

17

18 / / / / /

19 / / / / /

20 / / / / /

21 / / / / /

22 / / / / /

23 / / / / /

24 / / / / /

25 / / / / /

26 / / / / /

27  / / / / /

28

STIPULATION TO EXTEND TIME TO FILE AMENDED ANSWER/COUNTER-CLAIM



1

## ORDER

2       Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  DATED:  December 20, 2019       /s/ DEBORAH BARNES

                                  UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO FILE AMENDED ANSWER/COUNTER-CLAIM